UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN FROST,<br><br>                    Plaintiff,<br><br>vs.<br><br>CHILD AND FAMILY SERVICES OF SAN BERNARDINO COUNTY, and SAN BERNARDINO JUVENILE COURT,<br><br>                    Defendants. | Case No.: 3:20-cv-2402-JLS-BLM<br><br>**ORDER DISMISSING CIVIL ACTION FOR FAILURE TO PAY FILING FEES REQUIRED BY 28 U.S.C. § 1914(a)**<br><br>(ECF No. 1) |

Plaintiff Ryan Frost, proceeding pro se, filed this action against Defendants Child and Family Services of San Bernardino County and San Bernardino Juvenile Court on December 8, 2020. *See* ECF No. 1. Plaintiff is alleging Fourth and Fourteenth Amendments violations based on Defendants placing Plaintiff's three children in foster care.

**I.     Failure to Pay Filing Fee or Request IFP Status**

All parties instituting any civil action, suit, or proceeding in a district court of the United States, except an application for writ of habeas corpus, must pay a filing fee of

///

///

1

$400. *See* 28 U.S.C. § 1914(a).[1] The action may proceed despite a plaintiff's failure to prepay the entire fee only if he is granted leave to proceed in forma pauperis ("IFP") pursuant to 28 U.S.C. § 1915(a). *See Andrews v. Cervantes*, 493 F.3d 1047, 1051 (9th Cir. 2007); *Rodriguez v. Cook*, 169 F.3d 1176, 1177 (9th Cir. 1999). Section 1915(a)(2) requires all persons seeking to proceed without full prepayment of fees to submit an affidavit that includes a statement of all assets possessed and which demonstrates an inability to pay. *See Escobedo v. Applebees*, 787 F.3d 1226, 1234 (9th Cir. 2015).

Plaintiff has not prepaid the $400 in filing and administrative fees required to commence this civil action, nor has he submitted a properly supported Motion to Proceed IFP pursuant to 28 U.S.C. § 1915(a). Therefore, his case cannot yet proceed. *See* 28 U.S.C. § 1914(a); *Andrews*, 493 F.3d at 1051.

**II.    Conclusion and Order**

Accordingly, the Court:

(1)    **DISMISSES** this action sua sponte without prejudice for failing to pay the $400 civil filing and administrative fee or to submit a motion to proceed IFP pursuant to 28 U.S.C. §§ 1914(a) and 1915(a); and

(2)    **GRANTS** Plaintiff <u>thirty (30) days</u> from the date of this Order to re-open his case by:

(a)    Prepaying the entire $400 civil filing and administrative fee required by 28 U.S.C. § 1914(a) in full; *or*

(b)    Completing and filing a Motion to Proceed IFP with an affidavit that includes a statement of all Plaintiff's assets as required by 28 U.S.C. § 1915(a)(1) and S.D. Cal. CivLR 3.2(b).

///

---

[1] In addition to the $350 statutory fee, civil litigants must pay an additional administrative fee of $50. *See* 28 U.S.C. § 1914(a) (Judicial Conference Schedule of Fees, District Court Misc. Fee Schedule, § 14 (eff. Dec. 1, 2014). The additional $50 administrative fee does not apply to persons granted leave to proceed IFP. *Id.*

1 | If Plaintiff fails to comply with these instructions within 30 days, this action will remain dismissed without prejudice based on his failure to satisfy 28 U.S.C. § 1914(a)'s fee requirements and without further Order of the Court.

**IT IS SO ORDERED.**

Dated: January 6, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge